

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
1300 VICTORIA ST., STE. 1131
LAREDO, TEXAS 78040

OFFICIAL BUSINESS

RETURN TO SENDER
No longer at the address

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



20200416-123

Peter Strojnik
2375 East Camelback Road
Suite 600
Phoenix, AZ US 85016

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, April 16, 2020
Case Number: 4:19-cv-01169
Document Number: 20 (4 pages)
Notice Number: 20200416-123
Notice: The attached order has been entered.